UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
In re: EPHEDRA PRODUCTS LIABILITY         :
LITIGATION                                :
                                          :
------------------------------------------X
PERTAINS TO ALL CASES

JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9.26.05

04-MD-1598 (JSR)

ERRATA

     The following typographical errors in the Court's Opinion

and Order dated September 19, 2005 are hereby corrected:

     - On the second line of page 30, after the words "as

modified above," insert the words "is admissible,".

     - On the eleventh line of page 37, in place of the words

"both the PCC and PCC," substitute "both the PCC and DCC".

     In addition, it should be noted that, prior to the opinion

being filed, a version was inadvertently circulated to counsel

that contained a typographical error in the sentence beginning on

the sixth line of page 26 with the words "Although the gaps ...."

As corrected in the filed opinion, the sentence reads:

"Although the gaps between such data and definitive evidence of

causality are real and subject to challenge before the jury, they

are not so great as to require the opinion to be excluded from

evidence."

     SO ORDERED

Dated:  New York, New York
        September 25, 2005

                                        JED S. RAKOFF

                        1